UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>v.<br><br>MANDY JO SCHROEDER,<br><br>                                  Defendant. | Case No.:  20-CR-3532-GPC<br><br>**ORDER MODIFYING SENTENCE FOLLOWING REVOCATION OF SUPERVISED RELEASE** |

On November 19, 2021, the Court held a Revocation of Supervised Release hearing at which time Defendant admitted allegation #1. The Court found Defendant had violated conditions of supervised release. The Court then revoked her supervised release and imposed a custodial sentence of time served as of December 3, 2021 at 8:00 AM in order to permit the U.S. Probation Office to locate a residential drug treatment program that had bed space available as of December 3, 2021 so that Defendant could be directly transported to the program upon release. As of December 2, 2021, there is no available bed space at any local residential drug treatment program or residential recovery center and the Defendant is currently homeless. In order to avoid releasing Defendant out on the streets and risking that she will resume her use of illicit drugs, the parties have stipulated

that the Court modify the previously imposed sentence to time served as of December 7, 2021 at 8 a.m. in order to provide the U.S. Probation Office with additional time to locate available residential drug treatment.

The Court finds good cause exists to modify the previously imposed sentence based upon the circumstances set forth above and in the Stipulation.  The Court therefore modifies the previously imposed sentences as follows: Supervised release is revoked and Defendant is sentenced to time served as of December 7, 2021 at 8:00 A.M. Defendant is to be released in San Diego on December 7, 2021 at 8:00 AM to the custody of the Investigator for her Attorney Danielle Iredale for transportation to treatment facility. The Court further imposes a term of supervised release for three (3) years under the same terms and conditions as previously imposed and the added condition of residential drug treatment.

**IT IS SO ORDERED.**

Dated:  December 2, 2021

Hon. Gonzalo P. Curiel
United States District Judge